894 A.2d 1289

**James CROOP, Appellant**

v.

**UGI CORPORATION, Appellee.**

James Croop

v.

UGI Corporation

v.

**Alex and Mary Brezinski**

**Appeal of Estate of James Croop, by and through Marilou C. Kaye, surviving Executrix.**

Supreme Court of Pennsylvania.

Submitted Oct. 18, 2005.

Decided April 21, 2006.

Arthur L. Piccone, Kingston, Jennifer Lynne Rogers, for James Croop and Estate of James Croop, by and through Marilou C. Kaye, surviving Executrix, appellants.

Jennifer Joyce Nestle, Wilbur L. Kipnes, Carl A. Solano, Philadelphia for UGI Corp., appellee.

Donna M.J. Clark, for Energy Ass'n of PA, appellee amicus curiae.

Gayle G. Gowen, Marc J. Sonnenfeld, Philadelphia, for PA Chamber of Business and Industry, appellee amicus curiae.

Before: CAPPY, C.J., CASTILLE, NEWMAN, SAYLOR, EAKIN, BAER and BALDWIN, JJ.

464

## ORDER

PER CURIAM.

**AND NOW,** this 21st day of April, 2006, the Appeals are hereby dismissed as having been improvidently granted.

895 A.2d 518

**COMMONWEALTH of Pennsylvania, Respondent,**

v.

**Thomas McCANDLESS, Petitioner.**

Supreme Court of Pennsylvania.

March 8, 2006.

## ORDER

PER CURIAM.

**AND NOW,** this 8th day of March, 2006, we **GRANT** the Petition for Allowance of Appeal limited to the following issue:

Whether the Superior Court erred in holding that the Commonwealth did not waive the issue of the "law of the case" doctrine.

Justice BALDWIN did not participate in the consideration or decision of this matter.